# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

*IDEO, INC.*

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: *C.A. NO. 07-* 404MC

*GTECH CORPORATION*

TO: (Name and address of defendant)

**GTECH CORPORATION**

***Agent for Service of Process:***
***CT Corporation System***
***10 Weybosset Street***
***Providence, RI 02903***

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

***Mitchell R. Edwards, Esq.***
***Hinckley, Allen & Snyder LLP***
***50 Kennedy Plaza, Suite 1500***
***Providence, RI 02903***

an answer to the complaint which is herewith served upon you, within ***twenty (20)*** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

CLERK

DATE 10/29/07

Wendy Seit
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| Services of the Summons and complaint was made by me [1] | DATE 10-30-07 |
|---|---|
| NAME OF SERVER (*PRINT*) Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with home the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): To an Agent authorized to accept service of process, namely CT Corporation System / Joanne Casale

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/30/07
*Date*

Robert J. Kilduff
*Signature of Server*

87 Grand View Rd
*Address of Server*
E. Greenwich, RI 02818

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

#838687v1