UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IDEO, INC.
Plaintiff

V.

C.A. No. 07-404 ML

GTECH CORPORATION
Defendant

**STIPULATION OF ENLARGEMENT OF TIME TO FILE ANSWER**

At the request of the Defendant, GTECH Corporation, and by agreement of the parties, GTECH Corporation will have up to and including November 23, 2007 to file its answer to the above-entitled case.

AS AGREED:

IDEO, INC.

By its attorneys,

/s/ Mitchell R. Edwards
MITCHELL R. EDWARDS
Bar No. 6942
Hinckley Allen & Snyder LLP
50 Kennedy Plaza
Suite 1500
Providence, RI 02903
(401) 274-2000
(401 277-9600

GTECH CORPORATION

By its attorneys,

/s/ Andrew Berg
ANDREW BERG
Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175

## CERTIFICATION OF SERVICE

I hereby certify that on this 16th day of November 2007, that I caused a true copy of this Stipulation to be filed, via electronic case filing, to the following counsel of record:

Mitchell R. Edwards, Esquire
Hinckley Allen & Snyder LLP
50 Kennedy Plaza
Suite 1500
Providence, RI 02903

/s/ Andrew Berg
ANDREW BERG