UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IDEO, INC.
Plaintiff
Defendant in Counterclaim

V. C.A. No. 07-404 ML

GTECH CORPORATION
Defendant
Plaintiff in Counterclaim

**ENTRY OF APPEARANCE**

I hereby enter my appearance for the Defendant, and Plaintiff in Counterclaim,

GTECH Corporation

/s/ Andrew Berg
ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, Rhode Island 02903
(401) 274-0113
(401) 274-0175 fax
berg@sbllp.net

**CERTIFICATION OF SERVICE**

I hereby certify that on this 21st day of November 2007, a true copy of the above Entry of Appearance was served by electronic filing upon the following counsel of record:

Mitchell R. Edwards, Esquire
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza
Suite 1500
Providence, RI 02903

/s/ Andrew Berg