UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IDEO, Inc.

v. C.A. No. 07-404ML

GTECH Corporation

## RECUSAL ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Chief U.S. District Judge
November 29, 2007

Entered as an Order of this Court on November 29, 2007

Deputy Clerk