UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IDEO, INC.,

Plaintiff/Counterclaim Defendant,

v.

GTECH CORPORATION,

Defendant/Counterclaimant.

Case No. 07-404 ML

**STIPULATION OF ENLARGEMENT OF TIME**
**TO FILE RESPONSE TO ANSWER/COUNTER-CLAIMS.**

At the request of the Plaintiff/Counterclaim-Defendant IDEO, INC. ("IDEO"), and by agreement of the parties, IDEO will have up to and including December 31, 2007 to file its response to GTECH Corporation's Answer and Counterclaims in the above-entitled case.

AS AGREED:

IDEO, INC.

By its attorneys,

/s/ Mitchell R. Edwards
MITCHELL R. EDWARDS
Bar No. 6942
Hinckley Allen & Snyder LLP
50 Kennedy Plaza
Suite 1500
Providence, RI 02903
(401) 274-2000
(401 277-9600

GTECH CORPORATION

By its attorneys,

/s/ Andrew Berg
ANDREW BERG
Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175

**CERTIFICATION OF SERVICE**

I hereby certify that on this 13th day of December 2007, that I caused a true copy of this Stipulation to be filed, via electronic case filing, to the following counsel of record:

Andrew Berg, Esquire
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903

/s/ Mitchell R. Edwards
MITCHELL R. EDWARDS

13194 v1/BN