# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IDEO, INC.,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>GTECH CORPORATION,<br><br>Defendant/Counterclaimant. | Case No. 07-404 ML |

**[PROPOSED] ORDER GRANTING**
**MOTION FOR PRELIMINARY INJUNCTION**

It is **HEREBY ORDERED:**

Plaintiff's Motion For A Preliminary Injunction is **GRANTED** as follows:

Defendant GTECH Corporation ("GTECH" or "Defendant"), its affiliates, directors, officers and agents and anyone acting in concert with it who has notice of this Order, are hereby preliminarily enjoined during the pendancy of this action from: (1) using, displaying, exploiting, selling, distributing or manufacturing the product developed under the IDEO Services Agreement and Statement of Work dated January 2006 by and between GTECH Corporation and IDEO, Inc.; and (2) from using, disclosing, exploiting, displaying, selling, transferring, assigning or licensing in any manner the intellectual property provided by IDEO to GTECH in connection with its work under the IDEO Services Agreement, including, but not limited to, any inventions, trade secrets, know-how, proprietary design and engineering specifications and design concepts.

So Entered: ______________________________
Honorable Judge William E. Smith
United States District Judge

Date: ______________________________