# EXHIBIT C

**From:** Howard, Keith [Keith.Howard@GTECH.COM]
**Sent:** Friday, April 06, 2007 10:20 AM
**To:** Jose Colucci
**Cc:** David Privitera; Collins, Christopher
**Subject:** GameGuard:UL and FCC testing

Re: GameGuard Development Project for GTECH

Jose,

This message is to confirm the terms we discussed on the phone related to releasing IDEO from contract obligation to obtain UL, Emission and Immunity certificates per GTECH GameGuard Product Requirements 50-1675-00 Rev 50 for the GameGuard Product.

Per the original plan, the final payment of $186K was to be paid at the completion of five Mfg pilot units and agency approvals.

GTECH and IDEO have mutually agreed that:
* IDEO has provided the equivalent of 5 manufacturing pilot units.
* GTECH will complete the effort for UL, Emission and Immunity testing and any design changes required to make the GameGuard product meet agency approval requirements per GTECH Requirements 50-1675-00 Rev 50. In exchange, the amount GTECH owes on the final payment will be reduced by $40,000 to $146,000.
* IDEO will provide technical support for design related issues through the production of the first five units. Support would be limited to technical advise for design corrections for mechanical, electrical or firmware problem resolution.
* GTECH will be responsible for all design changes and documentation.

Open deliverables to GTECH from IDEO:
* Updated Firmware for Price Display Boards
* Electronic files for cable drawings in editable format
* Limited technical support through first five units in production
* IDEO will provide GTECH with all work completed to date on the list of critical components and associated certificates for UL testing.

Keith Howard
Hardware Project Manager
401 392 7597

Keith Howard
Hardware Project Manager
401 392 7597

---

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, retention, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message. Also, email is susceptible to data corruption, interception, tampering, unauthorized amendment and viruses. We only send and receive emails on the basis that we are not liable for any such corruption, interception, tampering, amendment or viruses or any consequence thereof.