UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IDEO, INC.
Plaintiff/Defendant in Counterclaim

V. C.A. No. 07-404 S

GTECH CORPORATION
Defendant/Plaintiff in Counterclaim

**MOTION TO ENLARGE TIME TO FILE RESPONSE TO IDEO, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

Now comes the Defendant/Plaintiff in Counterclaim, GTECH Corporation ("GTECH"), and respectfully requests this Court grant an enlargement of time for which GTECH must file its response to Plaintiff/Defendant in Counterclaim, IDEO, Inc.'s ("IDEO") Motion For Preliminary Injunction ("the Motion"). In support of this Motion, GTECH avers the following:

1. GTECH was served electronically with the Motion on Friday, December 14, 2007. GTECH's response to the Motion is due on December 31, 2007.

2. Undersigned counsel is court excused by this Court from December 20 through December 31, 2007 for the purpose of a family vacation. Undersigned counsel will be traveling overseas during this time.

3. Prior to leaving for vacation, undersigned counsel must file pretrial motions and a pretrial memorandum in the case *United States v. Rafael Fernandez-Roque*; Cr. No. 07-100-3 S. This case is currently scheduled for jury impanelment on January 8, 2008, and is being reached for trial on January 14, 2008. Accordingly, undersigned counsel will be fully engaged in preparing for trial both in the short period before his vacation commences, and following his return.

4. In addition to the trial of the above-entitled matter, undersigned counsel is scheduled to commence a trial on January 23, 2008 in Massachusetts Superior Court in the matter *Aiello v. Swansea Bowlaway, Inc.*; BRCV2005-00527-A. This matter previously has been "bumped" twice by the court. Consequently, there is a near certainty that the case will proceed on or near the scheduled date.

5. Although IDEO is claiming irreparable harm in its Motion, its claim essentially seeks payment of money allegedly due for the final installment of a contract. Accordingly, a grant of an enlargement of time will not prejudice IDEO.

6. GTECH has conferred with IDEO regarding a stipulation enlarging the time to respond to the Motion. IDEO will not agree to an enlargement unless GTECH agrees to a temporary restraining order pending a hearing. GTECH is unwilling to agree to a TRO.

WHEREFORE, GTECH respectfully requests for an enlargement of time until and including January 31, 2008 to file its response to the Motion.

Plaintiff,
GTECH CORPORATION
By its attorneys,

/s/ Andrew Berg

ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, Rhode Island 02903
(401) 274-0113
(401) 274-0175 fax
berg@sbllp.net

**CERTIFICATION OF SERVICE**

I hereby certify that on this 18th day of December 2007, a true copy of the above Motion was served by electronic filing upon the following counsel of record:

Mitchell R. Edwards, Esquire
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza
Suite 1500
Providence, RI 02903

/s/ Andrew Berg

Courtesy copy (by email) to:

Robert B. Lovett, Esquire
Cooley Godward Kronish LLP
The Prudential Tower
800 Boylston Street
46th Floor
Boston, MA 02199