UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IDEO, INC.
Plaintiff/Defendant in Counterclaim

V. C.A. No. 07-404 S

GTECH CORPORATION
Defendant/Plaintiff in Counterclaim

**MOTION TO CONTINUE HEARING FOR IDEO, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

Now comes the Defendant/Plaintiff in Counterclaim, GTECH Corporation ("GTECH"), and respectfully requests this Court continue the hearing date for Plaintiff/Defendant in Counterclaim, IDEO, Inc.'s ("IDEO") Motion For Preliminary Injunction ("the Motion"), which is currently scheduled for 10:00 a.m. on January 15, 2007. In support of this Motion, GTECH avers the following:

1. The controversy from which this case arises involves a dispute over a contract between the parties for the re-design of GTECH's Game Guard product.

2. GTECH's project manager for the Game Guard re-design is Keith Howard. Mr. Howard is the GTECH employee with the most knowledge regarding the facts surrounding this matter. Mr. Howard will be the sole affiant for GTECH's objection to the Motion.

3. Mr. Howard has had long standing plans to travel to Taiwan between the dates of January 6 and January 18, 2008, for the purpose of business. The hearing for IDEO's Motion is scheduled during this period.

4. Undersigned counsel just discovered this scheduling conflict at a meeting with Mr. Howard on the evening of January 2, 2007.

WHEREFORE, GTECH respectfully requests that the hearing for IDEO's Motion be continued to the first available date after Mr. Howard's return, on or after January 21, 2008.

Plaintiff,
GTECH CORPORATION
By its attorneys,

/s/ Andrew Berg
ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, Rhode Island 02903
(401) 274-0113
(401) 274-0175 fax
berg@sbllp.net

## CERTIFICATION OF SERVICE

I hereby certify that on this 3rd day of January 2008, a true copy of the above Motion was served by electronic filing upon the following counsel of record:

Mitchell R. Edwards, Esquire
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza
Suite 1500
Providence, RI 02903

Meghan M. Hart, Esquire
Cooley Godward Kronish LLP
The Prudential Tower
800 Boylston Street
46th Floor
Boston, MA 02199

Jay B. Kesten, Esquire
Cooley Godward Kronish LLP
The Prudential Tower
800 Boylston Street
46th Floor
Boston, MA 02199

Robert B. Lovett, Esquire
Cooley Godward Kronish LLP
The Prudential Tower
800 Boylston Street
46th Floor
Boston, MA 02199

/s/ Andrew Berg