# EXHIBIT A

Attorneys and Counselors at Law

Andrew Berg, Esquire
berg@sbllp.net
Admitted in Rhode Island
and Massachusetts

December 19, 2007

Hon. William E. Smith
United States District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903

**RE: IDEO, Inc. v. GTECH Corp.; C.A. No. 07-404 S**

Dear Judge Smith:

In response to your query at this morning's conference, I have ascertained the following regarding the current status of the Game Guard product.

- As previously indicated, there are approximately 250 Game Guard devices being tested by customers in approximately eight to ten different markets. These devices were provided to customers free of charge on a trial basis.

- Within the next two weeks, GTECH intends to roll out approximately 100 Game Guard devices in the state of New York on behalf of its customer the New York State Lottery. As part of a large incentive package with the Lottery, GTECH will provide these devices at no charge to the Lottery. In exchange for this incentive package (of which the Game Guard device is a very small component) GTECH's contract with the Lottery was extended for three additional years.

- GTECH forecasts sales of a total of 1,250 Game Guard devices to customers in key markets calendar year 2008, with an initial shipment of 250 devices planned during the first quarter of 2008.

Sammartino & Berg LLP

If this information is not what the Court was seeking, please contact me on or after December 28, 2007.

Happy holidays,

Andrew Berg

CC: Robert Hochstein, Esq.
Mitchell Edwards, Esq. (via email attachment)
Robert Lovett, Esq. (via email attachment)
Jay Keston, Esq. (via email attachment)

Shakespeare Hall, 128 Dorrance Street, Suite 400, Providence, Rhode Island 02903 • (401) 274-0113 • (401) 274-0175 fax