UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IDEO, INC.
Plaintiff/Defendant in Counterclaim

V. C.A. No. 07-404 S

GTECH CORPORATION
Defendant/Plaintiff in Counterclaim

**OBJECTION TO IDEO, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

Now comes the Defendant/Plaintiff in Counterclaim, GTECH Corporation, and hereby objects to Plaintiff/Defendant in Counterclaim IDEO, Inc.'s Motion For Preliminary Injunction. The grounds for this Objection are contained in the accompanying Memorandum of Law, and supporting Affidavit.

Respectfully submitted,
GTECH CORPORATION
By its attorneys,

/s/ Andrew Berg
ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, Rhode Island 02903
(401) 274-0113
(401) 274-0175 fax
berg@sbllp.net

**CERTIFICATION OF SERVICE**

I hereby certify that on this 4th day of January 2008, a true copy of the above Objection was served by electronic filing upon the following counsel of record:

Mitchell R. Edwards, Esquire
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza
Suite 1500
Providence, RI 02903

Meghan M. Hart, Esquire
Cooley Godward Kronish LLP
The Prudential Tower
800 Boylston Street
46th Floor
Boston, MA 02199

Jay B. Kesten, Esquire
Cooley Godward Kronish LLP
The Prudential Tower
800 Boylston Street
46th Floor
Boston, MA 02199

Robert B. Lovett, Esquire
Cooley Godward Kronish LLP
The Prudential Tower
800 Boylston Street
46th Floor
Boston, MA 02199

/s/ Andrew Berg