# EXHIBIT C

IDEO
One Maquire Road
Lexington, MA 02421

Tel 781.372.4000
Fax 781.863.0747

27941

June 1, 2007

**Invoice # CB072963**

GTECH
55 Technology Way
West Greenwich, RI 02817
Attention: Accounts Payable

Bill of labor

PO # 4500124780

Design Consulting Services through November, 2006

**GT-Jetson**

| | |
|---|---|
| Final Labor Fee | $146,666.00 |
| Reimbursable Expenses (see attached) | $4,362.20 |
| **TOTAL INVOICE** ........................................................ | $151,028.20 |

One Hundred Fifty-One Thousand Twenty-Eight and 20/100 US Dollars.

Thank You,

Deborah A. Coultas

Deborah A Coultas

Terms: Net 30 Days
Past due invoices will be charged 1% per month (12 % per annum)

Please remit to:
IDEO
Attn: Accounts Receivable
100 Forest Ave.
Palo Alto CA 94301

V. Parenti

0 00071 97530 6

IDEO Design & Product Development

Date: 06/29/2007

Reimbursable Expenses in USD for Invoice: CB072963

Project: GT-Jetson

| | | |
|---|---|---|
| Phase 4 | | |
| Courier | | 1,118.55 |
| Materials, Parts, & Components | | 1,903.48 |
| Travel, Food, & Lodging | Working Meals | 158.82 |
| Travel, Food, & Lodging | B. McCaffrey, Travel Expense | 74.69 |
| Travel, Food, & Lodging | B. McCaffrey, 3/19 Airfare | 484.80 |
| Travel, Food, & Lodging | D. Duncanson, 3/19 Airfare | 484.80 |
| Travel, Food, & Lodging | B. McCaffrey, Travel Expenses | 137.06 |
| | Phase 4 | 4,362.20 |
| | Total Reimbursable Expenses | 4,362.20 |

*Receipts Available Upon Request*