# EXHIBIT D

GTECH®
Architects of Gaming

July 27, 2007

VIA FACSIMILE (617-844-2401) and COURIER

IDEO, Inc.
485 Massachusetts Avenue
Cambridge, MA 02139
Attn: David Privitera

Mr. Privitera:

This letter is in reference to the IDEO Services Agreement between GTECH Corporation and IDEO, Inc. dated January 2006 for the product development effort to redesign GTECH's Game Guard device. The purpose of this letter is to inform IDEO pursuant to Section 2.2 of the Agreement of the following deficiency in connection with the final Phase of the Services Agreement (the "Agreement"):

The Production Requirement Documentation failed to conform to our mutually agreed upon expectations and requirements.

We also want to notify you of another significant concern in connection with IDEO's performance under the Agreement. Under the Agreement, the Parties agreed that the project anchor was product cost and that the main goal of the Agreement was to reduce the manufactured cost of the unit for production to $3,000 or less. If at any point during the Agreement, IDEO determined that this costing target could not be met, IDEO was required to promptly notify GTECH. Although IDEO did notify GTECH that the total cost for the device was approximately $3,250 (which GTECH considered when determining to continue to move forward under the Agreement), IDEO had a continuing contractual obligation to notify GTECH as soon as it knew or should have known that the costing would significantly exceed this amount so that GTECH could continue to make informed decisions going forward. IDEO never notified GTECH of this significant incremental increase in cost from $3,250 (or approximately 8% over the target), to approximately $3,700 (or approximately 23% over the target). This failure to inform GTECH completely deprived GTECH of any ability to make decisions based on this increased cost. In fact, GTECH only became aware of the much higher figure through its own diligence.

GTECH®
Architects of Gaming

GTECH is currently investigating the circumstances surrounding these deficiencies and considering our options. Once our internal investigation is complete, we will be in touch.

Sincerely,

Robert Hochstein
Assistant General Counsel

cc:

Matt Whalen – Vice President – Systems Engineering
Corey Donnerstag – Senior Director, Manufacturing Operations
Christopher Collins – Senior Technology Director
Keith Howard – Project Manager
Michael Prescott – Vice President and Deputy General Counsel