CA 07-404S

RECEIVED

JAN - 4 2008

Property of U.S. District Court
District of Rhode Island

# EXHIBIT B




# Retailer-Operated Instant Ticket Vending Machine

# Introduction

## Context

GTECH has invited IDEO to propose a product development effort for the redesign and documentation of its Game Guard product, a retail-clerk-operated Instant Ticket Vending Machine (ITVM). GTECH acquired the Game Guard prototype when it purchased the Interlott company, and feels that the product could fill a market niche in retail environments such as convenience stores. The product has been trial-tested in several retail locations in the Northeast, but cannot be manufactured as-is due to a lack of mechanical documentation and the need for greater reliability. Moreover, the current prototype is too expensive to appeal to many retailers and lacks the option of online connectivity. GTECH has asked IDEO to help it develop a product that meets its targets of cost and functionality.

## The IDEO method

IDEO's approach to the Game Guard project is described in detail on the following pages. We plan to follow a phased development process with specific deliverables and decision points, and will work closely and collaboratively with GTECH throughout the project.

## Phased Project Plan

The Game Guard project will have four phases:

Phase 1: Concept Development
Phase 2: Concept refinement
Phase 3: Production Design
Phase 4: Manufacturing Liason

## Project Team

For Game Guard we have defined a core team comprising specialists in the following disciplines:

- Interaction Design
- Industrial Design
- Mechanical Engineering
- Electrical Engineering
- Manufacturing Engineering

The project manager will be a core team member. To streamline the project, the extent of team members' participation will vary as we move from user observations to concept generation, documentation, prototype fabrication and DVT testing. Throughout all project phases, the IDEO team will work closely with GTECH.

In addition to the core team, we may turn to specialists within the worldwide IDEO design community for other disciplines such as Graphic Design and others, as needed.

Depending on when the project starts, the team members are likely to be as shown at the end of this proposal (or individuals of comparable training and experience).

## Project Anchor

In an effort to establish clear and uniform expectations for this proposed product development program, IDEO must explicitly state our understanding of and our ground rules for this engagement so that our two groups can work together harmoniously toward a successful outcome for both parties. In all programs there are four fundamental business elements of which only ONE can be set immovable and thus provide the anchor for the program. These elements are: 1) product cost, 2) product feature set, 3) program cost and 4) schedule.

GTECH has informed IDEO that the project anchor is PRODUCT COST. The project plan has been designed to maximize our chances of reducing the cost of goods for the Game Guard



The current Game Guard Prototype

## Introduction (cont.)

product in a timely fashion. A secondary priority is project schedule. The time line for the project will be optimized given the emphasis on product cost. Feature set and development cost will be managed to the extent possible within the other constraints.

### Project Management

IDEO will approach these design engineering challenges with the combined involvement of our mechanical, electrical and manufacturing engineering disciplines. The budget and schedule represents the effort needed to complete the project given our current understanding of the scope of work. Should the scope of work change during the course of the project, we will provide GTECH with an estimate of any impact to schedule and cost. At interim points within the project, GTECH will have the opportunity to evaluate work in progress (product cost, product performance, and schedule) and modify IDEO's scope or direction to suit requirements consistent with the remaining budget.

### Program Goals

The main goals of the Game Guard project are to:

- Reduce the manufactured cost of the unit for production (ideal target cost is < $3000 / unit based on a quantity of 250 units)
- Improve the mechanical reliability of the product (reduce ticket jams, etc)

Other desirable outcomes include:

- Maintain or improve the display of the physical tickets on the roll.
- Develop connectivity between units (daisy chaining or communicating with Altura machines)

### Project Scope

IDEO will redesign the Game Guard as described by the Game Guard functional requirements (FRD) (GTECH document 96-1675-00, Rev 50, December 13, 2005) with the exception of issues listed in the project assumptions.

GTECH shall review deliverables against the FRD. Deliverables shall be accepted if they conform to the FRD subject to the qualifications listed in this proposal and the IDEO services agreement.

IDEO will deliver design and documentation as requested by the Request for Quote for the Game Guard (dated November 3, 2005, revision 1.0) except as noted in the project assumptions.

### Project Schedule Guideline

The included project schedule on the following page assumes a single design iteration in phase 3. If more iterations are required the schedule will be extended.

# Introduction (cont.)

## Division of Responsibilities

This development project will be a collaborative effort between IDEO and GTECH wherein each organization will take primary responsibility for specific tasks in order to complete the project in a timely and successful manner. This proposal assigns that division of responsibility as follows:

IDEO

- Collaborate with the GTECH management team to achieve the goals for the program.
- Participate in project team meetings and review meetings.
- Develop the mechanical, electrical, firmware, industrial and interaction design of the handheld.
- Develop the mechanical, electrical, industrial and interaction design of the Game Guard unit.
- Fabricate an engineering validation unit from the production database.
- Test and validate the functionality of the handheld and the Game Guard unit.
- Create a complete documentation package suitable for manufacturing.
- Work with GTECH to insure a smooth manufacturing startup.
- Assemble and deliver five additional Game Guard units for design verification testing.

GTECH

- Select among design alternatives
- Provide background information regarding work performed to date by the project team and for ongoing technology development including technical and business issues as required to support the ongoing development
- Provide access to staff as required to support ongoing development
- Coordinate with IDEO activities, collaborate in team meetings and information gathering, and work with the design team to ensure integration of GTECH and IDEO knowledge.
- Provide inputs and approvals as required to keep the project on schedule and budget.
- Provide GTECH materials such as Game Guard units and other hardware and software necessary for product development in a timely fashion.

# Introduction (cont.)

## Project Assumptions

The assumptions upon which this proposal has been based include:

• This proposal is a fixed-price proposal for design fees. Expenses are estimated as a separate line item and will be passed on at cost to GTECH

• The project anchor is product cost. IDEO acknowledges that a COGs in excess of $3000 has greatly diminished value to GTECH. The project plan has been designed to maximize our chances of reducing the cost of goods for the Game Guard product in a timely fashion. A secondary priority is project schedule. The time line for the project will be optimized given the emphasis on product cost. Feature set and development cost will be managed to the extent possible within the other constraints.

• Although the project has been configured to maximize the chances of reducing the COGS, we cannot guarantee a particular COGS outcome as this involves many factors that are outside IDEO control. If at any point it is determined the COGS target cannot be met, IDEO will promptly notify GTECH such that decisions can be made going forward. GTECH may, at its option, terminate the Services Agreement and work being performed under this SOW per the terms of the IDEO Services Agreement if it is determined at any time that the COGs target cannot be met.

• We assume that the business case for and basic layout of the Game Guard product have been agreed upon and are demonstrated in the current prototype unit and product requirements document. Rather than "reinventing the wheel", our focus will be to implement this product concept as efficiently, reliably, and cost effectively as possible.

• Since the electronics are to be integrated into the Game Guard and other physical dimensions have been constrained (e.g. burster, ticket size, number of games etc.), the final physical dimension of the redesigned Game Guard may not be smaller than the current Game Guard device. (See Product requirement 4.1, item 2, sheet 7 of 15 ) The final physical dimensions shall be subject to GTECH approval.

• Since the electronics are to be integrated into the Game Guard and other important design requirements may constrain component and material choice, the overall weight may be slightly more than the current prototype unit. (See Product requirement 4.1, item 4, sheet 7 of 15) The overall weight shall be subject to GTECH approval.

• Ticket distribution reliability must be no less than 99.5%. as measured using the DVUs built in phase 3. The parties acknowledge that any ticket distribution malfunction resulting from burster performance shall be excluded from calculations and measurements for distribution reliability. (See Product requirement 4.2. item 1, sheet 8 of 15)

• IDEO will design to RoHS requirements, but IDEO will not provide RoHS compliance final

## Introduction (cont.)

documentation. GTECH is responsible for the creation of the RoHS product conformance documentation (See RFP, page 5, item 4.e.5)

• The ownership of intellectual property will be applied as described in the IDEO Services Agreement, not as stated on page 6, paragraph 3 of the RFP.

• IDEO is not responsible for meeting performance requirements that require changes to the Quad burster. (See Product requirement 4.2, item 4, sheet 8 of 15)

• The total cost of the "ticket price and display" hardware will be determined by product performance and cost trade-offs made at the system level. The attractiveness of the ticket display and service life of the display components are high priority attributes of the Game Guard; it may not make sense to require cost reduction in this portion of the product. (See Product requirement 4.3, item 1, sheet 9 of 15)

• The interaction design activity will not be based on a full research program. Such a program would include additional secondary research, more varied and thorough site visits, and a full analysis of key users' needs and how to best meet them with optimized product functions and characteristics.

• IDEO's interaction and interface design activities for Game Guard are assumed to include the core functions of the Game Guard unit's front, back, and handheld. In scale, these will be comparable to the following function set: power up/down, log-in, ticket loading, ticket selling, ticket identification and game status, and report printing. GTECH will apply the functionality designed for a core set of functions to the remainder of the interface. Additional interface functions will also be handled by GTECH development staff such as:

- o Functions intended for users other than the clerk, owner, and player (e.g., maintenance and diagnostics performed by GTECH representatives).
- o Functions intended for these key users, but only on a one-time or occasional basis, rather than as part of their core, day-to-day workflow (e.g., settings and configurations, system set-up). GTECH may use the primary functionality that IDEO provides as a template for developing this secondary functionality.
- o Altura-specific functions, unless particular exceptions are identified by GTECH. However, IDEO will provide a function chart with a flow that GTECH can use to structure the Altura .
- o Development of new report types and layouts.

• The hardware type also influences the scale of the interaction design program. We are assuming display and control hardware roughly similar in kind to those currently on the unit and handheld (as opposed to, for example, a significantly larger screen capable of sophisticated graphic displays and/or animations).

• IDEO activities will not include creation of operating and service manuals

# Introduction (cont.)

• IDEO will use ProEngineer (Wildfire 2) for all mechanical drawings and Adobe Illustrator for Labels

• Electronics PCB layout will be completed with PADS PCB, version 4 or other PCB layout tool that is compatible for GTECH.(See RFP, page 6, 5.c).

• The following is excluded from IDEO's electronics and firmware/software design scope:
  - o Altura software development
  - o Game Guard system controller firmware development. Minor changes to this code may be considered by IDEO if agreed to at a later date.
  - o System controller electronics. GTECH will provide a working system controller PCB with appropriate firmware loaded.

• IDEO is not responsible for packaging design (See Requirement 5.2, sheet 11 of 15)

• GTECH design verification staff and facilities will be available to assist with product testing and validation and GTECH shall use commercially reasonable efforts to ensure its facilities are available for testing. IDEO will ensure that it has an alternative facility for product testing and validation if it becomes necessary.

• The target Game Guard manufacturing release ready date of completion has been changed to November 1, 2006. This assumes that the project kicks off in the first week of January 2006. Should significant changes to the schedule occur, IDEO will notify GTECH in a timely manner. (See product requirement 7.1, page 14 of 15)

• IDEO will address GTECH reliability specifications (Sections 4.2 and 5.5 of the Functional Requirements Document) by performing predictive MTBF calculations on the Game Guard product in a manner consistent with GTECH internal MTBF calculation processes as documented in the EDS-Q reliability calculations that have been provided to IDEO. The IDEO design will produce a measured ticket distribution reliability of 99.5% using the DVUs built in phase 3. Any problems affecting ticket distribution which result from burster issues shall be excluded from such calculation or measurement.

• IDEO's responsibilities will be considered fulfilled when the first 5 pilot production units have been completed by GTECH manufacturing and such pilot production units have been reviewed against the FRD and accepted by GTECH manufacturing as qualified in this document and the IDEO services agreement.

# Project phase details

## Phase 1 - Concept Exploration (10 weeks)

### Overview

The main goals of Phase 1 are to identify the most promising opportunities for redesigning the Game Guard product, with the goal of reducing the total cost of the unit as well as improving ticket feeding reliability. Some time will also be devoted to examining the unit's place in the retail environment and making changes to the product's size and layout to address the needs of this context.

### Interaction Design

#### Activities

• Build a foundation of knowledge about the Game Guard
  - o Read documentation
  - o Discuss functionality and needs with GTECH staff
  - o Use existing Game Guard
  - o Conduct two narrowly focused site visits.

• Chart the current interaction flow and opportunities for improving it
  - o Address ease-of-use via the menu tree
  - o Make prompts, information, and controls available and understandable.
  - o Consider functions needed by each of the key users (retailer, clerk, customer) during each of their key tasks.

• To the extent covered in this program (see Assumptions section)
  - o Reduce retail transaction steps and time
  - o Identify potential value-add functions.

• Present resulting interaction structure to GTECH

• Refine interaction structure based on GTECH input

• Generate two different concepts, on paper or with limited interactivity if needed. Concepts will convey a selection of frequent and critical tasks.
  - o Concepts will explore differing key users' needs, functional allocation, visual cues, logical structure, and hardware configurations.

• Present concepts to GTECH with distinguishing pros and cons.

### Industrial Design

#### Activities

• Work with Interaction Design and Engineering to determine the appropriate physical elements of the product, including size, shape, and coloring.
• Develop concepts for new exterior designs through sketching and CAD renderings. All design options will be evaluated for cost and ease of manufacturability.
• Sketch and refine ID concepts for Game Guard, handheld
• Create ID models as necessary



The high-visibility vending machine for PepsiCo

# Project phase details

## Phase 1 - Concept Exploration (10 weeks)

### Engineering

#### Activities

Mechanical and Electrical and Manufacturing Engineering will reverse engineer the existing Game Guard to understand its functionality and to identify opportunities for cost reduction. In parallel, engineering will learn about GTECH's other products, such as the EDS-Q, looking for components and design techniques that can be adapted to the new design. The team will identify design opportunities for Game Guard, with an eye toward cost reduction and required reliability.

By the end of the phase, the team will have developed several initial concepts for presentation at the end of phase meeting. These concepts will be documented in sketches and scale drawings as needed. User research will be summarized in a presentation for the end of phase meeting.

*Mechanical Engineering*

- Reverse Engineer Existing Unit
- Define test criteria and protocols (Specifically reliability)
- Sketch/Build Volume Models
- Subsystem conceptual design (Brainstorm, Breadboard critical areas, finalize architecture)
- Create rough system CAD layout
- Work with GTECH and IDEO manufacturing to create cost models
- Create new BOM and product specification

*Electrical Engineering*

- Reverse Engineer Existing Unit
- Assist in card path concept development as regards firmware and electronics options.
- Help create volume models (Integration of external electronics into the box)
- Integrate external electronics into the system
  - o Understand the present system
  - o Investigate options
  - o Work with mechanical engineering to create integration design approach.
- Create Power and Signal Distribution Architecture
- Create Lighting and Display Architecture
- Create Handheld Architecture
  - o Understanding existing handheld functionality
  - o Define the handheld to box firmware protocol
  - o Investigate options
  - o Create handheld hardware architecture
  - o Integrate user research into hardware architecture
  - o Create the handheld firmware architecture (Dependent upon output from user research)

*Manufacturing Engineering*

- Reverse Engineer Existing Unit
- Work with Mechanical and Electrical Engineering to identify vendors for components and subsystems
- Create system cost models
- Work with GTECH manufacturing to create the manufacturing strategy.



ATM Surround for Wells Fargo

# Project phase details (cont.)

## Phase 1 - Concept Exploration (10 weeks)

*General*

• Review of preliminary BOM with GTECH
• Authorization from GTECH to continue the project.

**Communication**

• Kickoff meeting
• Interim review
• End-of-phase meeting
• Select concepts for development

Mid-way through this phase, an Interim Meeting will take place, either in person or by conference call, in which the IDEO team will provide a quick, informal summary of the technology exploration and user research thus far. Any initial concepts will also be presented informally. This is an opportunity for GTECH and IDEO to discuss whether the research and exploration program is on-track and propose any changes.

The Phase 1 Final Meeting will enable IDEO to share its main concepts and architecture for the Game Guard product. This will include documentation of cost reduction approaches. The new product architecture will be described, and design options for the exterior will be presented along with a design rationale and trade-offs to be considered while selecting the main concept. All concepts will be rooted in the team's user research and understanding of the retail environment, as well as its knowledge of the system technology and improvements necessary to meet the functional requirements document. By the end of this meeting, GTECH and IDEO will have selected one final concept (often combined from several earlier concepts) to take forward into Phase 2.



Stamp vending machine and mailbox for the Royal Mail, Great Britain

**Phase 1 Deliverables**

**Payment 1 Deliverables**

• Rough volumetric CAD layout
• Sketch package showing overall architecture and subsystem conceptual designs
• Rough cost analysis
• Industrial design sketches
• Preliminary electronics architecture (Block diagrams, electronics cost estimate, important components identified)
• Preliminary report of interaction design options

**Payment 2 Deliverables**

• Preliminary BOM
• Definition of main components targeted for cost reduction and reuse from EDS-Q system
• Industrial design sketches and CAD renderings
• Electronics architecture (Block diagrams, System level flow, cost estimate, important components identified)
• Interaction design model (Interaction chart)
• Two interaction concepts (paper and/or semi-interactive), each demonstrated on a few representative screens
• One approved product concept.

# Project sub-phase details (cont.)

## Phase 2- Concept Development (14 weeks)

### Overview

During Phase 2, the team will develop initial prototypes of the main concept selected at the end of Phase 1. Through iterative design, prototyping, testing and refinement, IDEO will provide design detail to the architecture and underlying mechanisms. In addition to creating a system prototype, the engineering team will also design, create, and test breadboards of all critical functions. Throughout the phase, the team will keep an updated CAD database to ensure proper documentation of all product evolution.

### Interaction Design

#### Activities

- Refine one concept -- the one GTECH selects or a selected combination of elements from each concept. (To stay on schedule, GTECH must provide this input within three (3) business days after the concept presentation meeting.)

o Iteratively refine and test internally, increasing interactivity if needed.

- Expand the number of interaction states designed, to correspond to some typical task flows

- Document and deliver the refinement, with annotations as to how GTECH can extend the final interaction concept to the other functions not designed in the scope of this project. (GTECH is responsible for so extending the interaction concept to the remaining parts of the architecture, and for coding.)

- Refine user and IAD concepts

### Industrial Design

#### Activities

- Refine ID concepts

### Engineering

#### Activities

*Mechanical Engineering*

- Engineering analysis/breadboarding of risk areas
- Create product CAD database
- Structural analysis
- Tolerance analysis
- Fabricate works like model (Proof of concept, not optimized for production)
- Test works like model
- Update BOM and product specification

*Electrical Engineering*

- Integrate external electronics into the system
- Develop power and signal distribution
- Develop lighting and display
    - o Create layout, schematics and BOM
    - o Fabricate, assemble and test
    - o Integrate into works like unit and test
- Develop Handheld hardware and Handheld firmware
    - o Create layout, schematics and BOM
    - o Fabricate, assemble and test
    - o Design and code firmware
    - o Integrate into works like unit and test

# Project sub-phase details (cont.)

## Phase 2- Concept Development (14 weeks)

*Manufacturing Engineering*

• Vendor qualification and selection, working with GTECH's purchasing and manufacturing groups.
• Update costed system and subsystem BOMs
• Support development team with manufacturing support.

*General*

• Review of updated BOM with GTECH
• Authorization from GTECH to continue the project.

**Phase 2 Deliverables**

**Payment 3 Deliverables (Electronics and Interaction Review)**

• One refined interaction concept (paper and/or semi-interactive)
• Electronics Design Review (Pre-fabrication)
• Final Industrial Design appearance model
• Updated BOM and cost estimate

**Payment 4 Deliverables (Design review for works like fabrication)**

• CAD database of Works-like model, design reviewed with GTECH
• Updated BOM and cost estimate

**Payment 5 Deliverables (Design review for works like fabrication)**

• Works-like model (Proof of concept, not optimized for production) This works like model shall function at a level of reliability relative to the requirements and reliability set forth in the project assumptions satisfactory to GTECH and IDEO such as to justify moving forward to the next stage of development.

• CAD database of Works-like model
• Updated BOM and cost estimate

# Project sub-phase details (cont.)

## Phase 3- Production Design (16 to 18 weeks)

### Overview

During Phase 3, the team will turn its efforts to finishing the production engineering and assembly of the pre-production prototype, followed by an intense period of testing and debugging for manufacturing. Product validation and documentation for production will also occur during this phase.

### Engineering

#### Activities

*Mechanical and Electrical Engineering*
- Optimize CAD database for pre-production
- Fabricate DVU, revision 1
- Assemble/Debug DVU, revision 1
- (Optional) Fabricate, assemble and debug 5 DVUs

(revision 2)
- Testing/Validation cycle
- Revise and Update design
- Create pre-production documentation package

*Manufacturing Engineering*
- Design for manufacturing reviews
- Co-ordinating with vendors on preliminary quotations
- Work on hand-off plan with GTECH

*General*
- Review of costed BOM with GTECH
- Authorization from GTECH to continue the project

**Phase 3 Deliverables**

**Payment 6 Deliverables**

- 1 debugged DVU revision 1
- Costed BOM

**Payment 7 Deliverables**
- 5 working DVU's revision 2, ready for testing
- Costed BOM

**Payment 8 Deliverables**
- Production CAD databases, ready for release for manufacturing input (EE and ME)
- DVU testing results
- Preliminary production documentation package
- Costed BOM
- Product Specification

## Project sub-phase details (cont.)

**Phase 4- Production Design (8 to 16 weeks - vendor dependent)**

### Overview

During Phase 4, IDEO will help transfer the design to GTECH's manufacturing groups, update documentation after input from vendors and assist GTECH to the completion of the first 5 pilot units.

### Activities

- Update production documentation package
- Participate in pilot build (First 5 units)
- Debug and troubleshoot as needed
- Technology transfer to internal GTECH staff
- Update production costing
- Tooling design reviews
- Review of first article inspection results
- Support for initial pilot build
- Support creation of manuals
- Assist GTECH through pilot production (First 5 units)

### Phase 4 Deliverables (Payment 9)

- Production release documentation package
- Production release costing
- First 5 completed manufacturing pilot units as defined by the RFD, subject to the qualifications listed in this document and in the IDEO Services Agreement.

# Project Cost

**Cost**

We have estimated expenses based on our experience with projects of this type. IDEO will notify GTECH immediately of any scope changes that may affect budget.

Design Fees:

GTECH and IDEO have agreed that it is in both of their interests to have some significant fraction of the labor fees IDEO invoices for project Game Guard be linked to product and project milestones. To that effect, the parties agree to modify fees as outlined in this document.

A. Fees for labor are reduced from $2.4 million to $2.1 million. The $300,000 difference is not a discount on fees but rather the pay-for-performance component of this engagement only. In exchange for reducing the up-front labor fees IDEO will receive an opportunity to earn up to $400,000 in incentives based on a final COGS target of $2800 being hit. The bonus will be paid out on a prorated scale in $50 dollar increments. (I.E., if the final COGS is $2900 the payout is $200,000). Incentive payments will be payable upon GTECH acceptance of the final Phase 4 final deliverables. (Payment 9). This agreement includes the following caveats:

A. IDEO will receive no additional payments on top of the $2.1 million in fees if the final product has a COGS equal or higher than $3,000.

B. There are no schedule-driven incentives built into this program because of the difficulty of quantifying their impact for GTECH's top line.

C. Project expenses are passed on at cost and are not calculated in the $2.1 million fee nor factored into the payout of any bonuses.

D. For the purposes of this incentives schedule, COGS are defined in the same manner at which the internal GTECH team arrived at the $3,000 target, and are based on the attached Appendix X.

E. IDEO will make cost-optimized recommendations for an acceptable product and product COGs. However, it is understood by both parties that IDEO will make recommendations around the project anchor of optimizing for components that optimize the user experience (GUI, etc.) but are not cost-optimized in terms of COGs. IDEO will submit these as they arise for GTECH's review, but it is understood explicitly that if GTECH chooses a higher cost component, that IDEO will still be paid out the incentive portion based on the COGs which COULD have been attained given the cost-optimized solution presented.

## Project Cost

**Appendix X**
**Suggested assumptions**

We still need to clearly define this appendix which will be the benchmark against which COGs targets are measured. These are some of the assumptions we wish to make so far:

COGs will be determined based on a quantity of 250.

1. We agree to the GTECH-supplied loaded costing on the attached spreadsheet for the following items if used in the design:

    a. Burster
    b. Power Supply
    c. XA System Board
    d. Printer
    e. Printer Board
    f. Price modified EDS-Q Price Display

2. We may agree to a labor cost of $55 per hour provided this is the same rate which will be used.

3. We will assume 5.5 hours of labor per unit (This number comes from GTECH)

4. We agree to load material costs by no more than 8%.

5. Tooling amortization is not to be considered part of COGs.

**Estimated Expenses**

Estimated Expenses: $200,000
(passed on at cost, not fixed fee)
(Includes the cost that GTECH may incur in procuring a sufficient quantity of tickets for testing purposes )

One engineering unit and 5 DVUs (est.): $100,000
(passed on at cost)

# Terms & Acceptance

**Schedule**

Once the project is approved and the team fully engaged, IDEO will adjust the time line to reflect actual start and will review the entire schedule with GTECH and its partners to determine downstream coordination of milestones.

**Expenses**

We estimate that expenses will include breadboarding and prototyping materials, validation and certification testing, shipping and other miscellaneous charges outside the above labor fees. Expenses may also include fees for subcontracted design analysis (e.g. structural and reliability). Services such as PCB layout and PCB assembly may be billed as an expense. These expenses will be billed at cost and typically range between 10% and 20% of fees. Expense figures stated are estimates and are not fixed.

**Deposit**

A deposit of $420,000 is payable at the commencement of the project. This deposit will be credited against the final invoice at the completion of the project.

**Payment**

A purchase order for $2,100,000 – to cover phases 1, 2 ,3 and 4 will be required to begin work on the project. Invoices will be sent as Payment Deliverables associated with each Phase approved by GTECH. Expenses will be billed monthly. Additionally the below payments will be made by GTECH to IDEO as Payment Deliverables associated with each Phase are approved by GTECH, and are payable Net 60 with 1.5% per month penalty for late payment.

The following 9 project milestones are proposed as payment milestones:

**Phase 1 payments**

Payment 1 - Mid-phase review ($186,667)
Payment 2 - End of phase review ($186,667)

**Phase 2 payments**

Payment 3 - Electronics Interaction and ID review ($186,667)
Payment 4 - Works like model review ($186,667)
Payment 5 - End of phase ($186,667)

## Terms & Acceptance

**Phase 3 payments**

Payment 6 - Design review for fabrication of five DVUs ($186,667)
Payment 7 - 5 working DVUs ready for testing ($186,666)
Payment 8 - End of phase ($186,666)

**Phase 4 payment**

Payment 9 - Delivery and acceptance of production documentation package and completion of first 5 manufacturing pilot units as defined by the FRD, subject to the qualifications listed in this document and in the IDEO Services Agreement. ($186,666)

**Termination**
If GTECH terminates the engagement prior to the completion, payment due to IDEO will be calculated on a prorated basis from the previous milestone.

### Terms of Business

All work outlined in this proposal will be governed by the IDEO Service Agreement as negotiated by the parties, presented as a separate document.

To proceed with this program, please sign and return this proposal to IDEO. Upon receipt of this acceptance, IDEO will issue a Purchase Order request letter and Deposit Invoice that is consistent with the Terms of Business.

### Project Acceptance

The signature of an authorized GTECH officer below indicates authorization to begin the project in accordance with this proposal and Terms of Business.

| IDEO | | GTECH | |
|---|---|---|---|
| Name | [signature] | Name | [signature] |
| Print | Eric J. Saperstein | Print | JOSEPH S. NADAN |
| Title | CXD Practice LEAD | Title | Sr. VP + CTO |
| Date | 1/6/06 | Date | 1/6/06 |

# Team Bios



**Core team**

IDEO proposes a core team that includes Human Factors, Industrial Design, Mechanical Engineering, and Electrical Engineering for the duration of the Game Guard program. IDEO will assign a project manager among one of the core team members. In addition to the core team, IDEO will have other members of our staff participate in activities such as user research, brainstorming, concept development, illustration, and engineering validation as required.

Given their experience and capabilities, it is likely that the people whose bios are listed on this section will participate in the project development if the project starts on the planned date.

We require that GTECH appoint one person to act as our main point of contact through the course of the project. Furthermore, it is expected that this development project be a collaborative effort between IDEO and GTECH wherein each organization will take primary responsibility for specific tasks in order to complete the project in a timely and successful manner.

**David Privitera**

David is a founding member of IDEO's Boston office. He has been with the company for 15 years and brings over 25 years of design experience in a range of industries including business equipment, consumer products, transportation, healthcare, networking and telecommunications. David is currently the location director for IDEO Boston and is focused on building an energized team that brings creative insights and innovative thought to a broad range of design projects.

During his career, David has brought dozens of products to market. His involvement has spanned the spectrum responsibilities ranging from detailed part design to leadership of multi office international project teams. He has significant experience working with international clients and suppliers in Europe and Asia including Taiwan, Japan, Korea, Hong Kong, Italy, Germany and England.

Prior to joining IDEO, David spent 12 years at Wang Laboratories where he served as a principal mechanical engineer for various product development groups. He has a mechanical engineering degree from Worcester Polytechnic Institute. He is also the holder of several U.S. patents and various forms of industry recognition and publications.

In his free time, David collects restores and rides Italian motorcycles.

## Team Bios (continued)



**Robert Hartmann**

Robert Hartmann has over 20 years of experience in product design including project management and electronics and embedded software design. He has been a member of IDEO Boston's design team since 1999. Bob has implemented designs for various medical, industrial and consumer products.

His electronics background includes high resolution data conversion systems, closed loop control, power systems, microcontroller-based systems and sensors. His software background includes Palm OS development, DSP programming and real-time operating system development in C and C++.

Prior to joining IDEO, Bob worked at the Polaroid Corporation, where he was the author of two patents. Bob holds a BSEE degree from Union College and an MSEE from Northeastern University.



**Jim Collins**

Jim came to IDEO as a Mechanical Engineer in June of 1998. Since then, he has contributed to the design of medical products, sporting goods, retail environments, mobile devices, power tools, hospital workflow, beverage containers, and automated laboratory equipment.

Jim is experienced at sharing IDEO's approach to design and transforming organizations through workshops, lectures, and project work. His clients include commercial and academic leaders such as the Institute for Healthcare Improvement, LG Corporation, Siemens AG, Columbia University, and MIT.

His engineering work includes low-cost design of five coupled locking mechanisms for a laptop docking station; full mechanical design of the first blood coagulation meter approved for patient self-testing at home; thermal analysis and testing of an advanced videoconferencing system; showroom displays for an electronics firm; machine design for automated laboratory equipment including motion control and machine vision; and fluid system design ranging from precise, nanoliter-scale fluid delivery systems to beverage containers including multi-phase flow and flow through porous materials.

Prior to joining IDEO, Jim worked at Johnson & Johnson, where he designed custom surgical instruments for hip and knee replacement procedures where patients or physicians had unique requirements. Earlier, at Bontrager Cycles, he

**Team Bios (continued)**

developed machines to test frame corrosion and structural performance. Jim holds a BSME from the University of Pennsylvania and a MSME from Stanford University.



**Dave Duncanson**

David joined IDEO in the spring of 1994. Before coming to IDEO, David served as the Engineering Manager at Amersham Industries, Engineering/QC Manager at ABL Computer Technologies, Senior Mechanical Engineer at Wang Laboratories and Design Engineer at McCord's new product development center.

His areas of expertise include new product definition and development management, mechanism design, quality assurance programs, supervision of product development within programs demanding high volume, quality manufacturing, critical mechanism performance and short time-to-market products. His designs in the high volume market utilize plastics technologies, sheet metal, casting, electroforming, P/M and machined parts.

Dave brings a breadth of industrial experience from the automotive, computer, computer supplies, machine tool and industrial radiography industries to IDEO. His manufacturing experiences have included international companies in Japan, Indonesia, England and Switzerland. Dave has a U.S. patent for Industrial Radiography Equipment. He also has a ASMD and a BSME from Wentworth College in Boston.



**Tim Proulx**

Tim joined IDEO as a Design Engineer 1991. Tim is an accomplished designer with over 23 years of hands-on experience in all phases of product development including project management, concept generation, 3D CAD design, prototype and documentation.

Having a firm foundation in the design of Business Computers and Workstations in which he has devoted 10 years, he has also more recently worked on equipment related to the Prepress and Image setting industries. His countless projects have included Printers and tractor feeders. His former companies include Wang Laboratories; Agfa Corporation and Fitch, Richardson+Smith.

**Team Bios (continued)**



**Robert McCaffrey**

Bob joined joined IDEO Boston in 1993. He is an accomplished designer with over 22 years of experience in all phases of product development including concept design, 3D CAD design, prototypes, production design and documentation. He has an extensive background in complex injection molding part design and sheet metal electromechanical packaging for office computer systems and EMI shielding. He has over 11 years of experience designing and detailing in Pro/Engineer from conception through the full product development cycle. He has worked for such companies as Digital Equipment Corporation, Datasec Corporation and Wang Laboratories.