UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IDEO, INC.
Plaintiff/Defendant in Counterclaim

V. C.A. No. 07-404 S

GTECH CORPORATION
Defendant/Plaintiff in Counterclaim

**MOTION TO CONTINUE SETTLEMENT CONFERNCE**

Now comes the Defendant/Plaintiff in Counterclaim, GTECH Corporation ("GTECH"), and respectfully requests the settlement conference for the above-entitled case, now scheduled for January 24, 2008, before Magistrate Judge Almond, be re-assigned to a later date. In support of this Motion, GTECH avers the following:

1. GTECH's undersigned counsel is sole counsel in another case, *Aiello v. Swansea Bowlaway, Inc*. (Case No. BRCV2005-00527-A), which is currently scheduled for trial in the Fall River Division of the Bristol County Superior Court (Mass.) on or near January 23, 2008.

2. Although cases are frequently "bumped" several months because of congested dockets, based on undersigned counsel's experience, this matter is unlikely to be reassigned because it has been "bumped" on two prior occasions. It has been undersigned counsel's experience in the Fall River Superior Court that if the *Aiello* case does not commence on January 23, 2008, it would likely start by the end of that week, or the following week. The trial of the *Aiello* matter will consume approximately two to three days.

WHEREFORE, GTECH respectfully requests the settlement conference for the above-entitled case be reassigned to a later date, preferably between the dates of February 6 and 14, 2008 (undersigned counsel is scheduled for jury selection on February 5, 2008 for *United States v. Fernandez-Roque*, 07-100-03 S).

Plaintiff,
GTECH CORPORATION
By its attorneys,

/s/ Andrew Berg______________
ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, Rhode Island 02903
(401) 274-0113
(401) 274-0175 fax
berg@sbllp.net

**CERTIFICATION OF SERVICE**

I hereby certify that on this 16th day of January 2008, a true copy of the above Motion was served by electronic filing upon the following counsel of record:

Mitchell R. Edwards, Esquire
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza
Suite 1500
Providence, RI 02903

Meghan M. Hart, Esquire
Cooley Godward Kronish LLP
The Prudential Tower
800 Boylston Street
46th Floor
Boston, MA 02199

Jay B. Kesten, Esquire
Cooley Godward Kronish LLP
The Prudential Tower
800 Boylston Street
46th Floor
Boston, MA 02199

Robert B. Lovett, Esquire
Cooley Godward Kronish LLP
The Prudential Tower
800 Boylston Street
46th Floor
Boston, MA 02199

/s/ Andrew Berg______________