UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IDEO, INC.
Plaintiff/Defendant in Counterclaim

V. C.A. No. 07-404 S

GTECH CORPORATION
Defendant/Plaintiff in Counterclaim

**GTECH CORPORATION'S UNOPPOSED MOTION TO ENLARGE TIME TO FILE RESPONSE TO IDEO, INC.'S MOTION TO DISMISS**

Now comes the Defendant/Plaintiff in Counterclaim, GTECH Corporation ("GTECH"), and respectfully requests this Court grant an enlargement of time for which GTECH must file its response to Plaintiff/Defendant in Counterclaim, IDEO, Inc.'s ("IDEO") Motion To Dismiss. In support of this Motion, GTECH avers the following:

1. On or about December 31, 2007, IDEO filed a Motion To Dismiss seeking dismissal of Count IV of GTECH's Counterclaim. GTECH's response to this Motion was originally due on January 17, 2008.

2. On January 14, 2008 a hearing was held before this Court to consider IDEO's motion for a preliminary injunction. At that end of the hearing, this Court expressed its opinion that the parties should engage in alternative dispute resolution efforts before more litigation costs were incurred, and referred this matter for an early settlement conference. In light of the Court's referral, GTECH made an oral motion for the deadline for its response to IDEO's Motion To Dismiss be extended to a time after the settlement conference. This Court granted the motion, allowing an additional thirty days, to February 18, 2008, for GTECH to respond to the Motion.

3. Recently, a mediation conference has been scheduled before this Court's ADR administrator, Berry Mitchell. The mediation conference is scheduled for March 10, 2008. This conference is after the February 18, 2008 date on which GTECH's response to IDEO's Motion To Dismiss is due.

4. Consequently, GTECH's instant motion is consistent with this Court's stated intent that the parties engage in mediation efforts **prior** to further litigation of this case.

5. GTECH has conferred with Counsel for IDEO regarding the instant Motion. IDEO does not oppose this Motion, and does not oppose GTECH's proposed filing date of March 28, 2008 for its response .

WHEREFORE, GTECH respectfully requests an enlargement of time until March 28, 2008, to respond to IDEO's Motion To Dismiss.

Plaintiff,
GTECH CORPORATION
By its attorneys,

/s/ Andrew Berg

ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, Rhode Island 02903
(401) 274-0113
(401) 274-0175 fax
berg@sbllp.net

**CERTIFICATION OF SERVICE**

I hereby certify that on this 8th day of February 2008, a true copy of the above Motion was served by electronic filing upon the following counsel of record:

Mitchell R. Edwards, Esquire
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza
Suite 1500
Providence, RI 02903

Meghan M. Hart, Esquire
Cooley Godward Kronish LLP
The Prudential Tower
800 Boylston Street
46th Floor
Boston, MA 02199

Jay B. Kesten, Esquire
Cooley Godward Kronish LLP
The Prudential Tower
800 Boylston Street
46th Floor
Boston, MA 02199

Robert B. Lovett, Esquire
Cooley Godward Kronish LLP
The Prudential Tower
800 Boylston Street
46th Floor
Boston, MA 02199

/s/ Andrew Berg