UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IDEO, INC.
Plaintiff,
Defendant in Counterclaim

V. C.A. No. 07-404 S

GTECH CORPORATION
Defendant,
Plaintiff in Counterclaim

**DISMISSAL STIPULATION**

All parties to this litigation hereby stipulate and agree to the dismissal of all claims and counterclaims with prejudice. Each party is to bear its own costs and attorney's fees, and all rights to appeal are waived.

**AS AGREED:**

IDEO, INC.

By its attorneys,

/s/ Mitchell R. Edwards
MITCHELL R. EDWARDS
Bar No. 6942
Hinckley Allen & Snyder LLP
50 Kennedy Plaza
Suite 1500
Providence, RI 02903
(401) 274-2000
(401 277-9600

GTECH CORPORATION

By its attorneys,

/s/ Andrew Berg
ANDREW BERG
Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175

**CERTIFICATION OF SERVICE**

I hereby certify that on this 5th day of May 2008, a true copy of the above Dismissal Stipulation was served by electronic filing upon the following counsel of record:

Mitchell R. Edwards, Esquire
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza
Suite 1500
Providence, RI 02903

Meghan M. Hart, Esquire
Cooley Godward Kronish LLP
The Prudential Tower
800 Boylston Street
46th Floor
Boston, MA 02199

Robert B. Lovett, Esquire
Cooley Godward Kronish LLP
The Prudential Tower
800 Boylston Street
46th Floor
Boston, MA 02199

Jay Kesten, Esquire
Cooley Godward Kronish LLP
The Prudential Tower
800 Boylston Street
46th Floor
Boston, MA 02199

/s/ Andrew Berg_______________